IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Darwin C. McWilliams, | Case No. 3:08 CV 2204 |
| Plaintiff, | MEMORANDUM OPINION AND ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Commissioner of Social Security, | |
| Defendant. | |

The Court has reviewed the Report and Recommendation of the Magistrate Judge filed June 7, 2010 (Doc. No. 37). Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (1982)):

> Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the Commissioner does not object to the Magistrate's Report and Recommendation (Doc. No. 38).

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in its entirety.  Plaintiff's Motion for Attorney Fees (Doc. No. 34) is granted.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

June 24, 2010